**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                          INDICTMENT NO. 6:26-cr-094-scm

**JIMMY E. HALL,**
**aka JIMBO,**
**FRANKIE L. HALL, and**
**JIMMY BLAKE HALL**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**21 U.S.C. § 846**

Beginning in or about March of 2025, the exact date unknown, and continuing through on or about July 13, 2026, in Knott and Magoffin Counties, in the Eastern District of Kentucky, and elsewhere,

**JIMMY E. HALL,**
**aka JIMBO,**
**FRANKIE L. HALL, and**
**JIMMY BLAKE HALL**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a mixture or substance containing a detectable amount of cocaine, and a quantity of pills containing oxycodone, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **JIMMY E. HALL, aka JIMBO**, and **FRANKIE L. HALL**, that 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be distributed.

Before **JIMMY E. HALL, aka JIMBO,** committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, conspiracy to distribute cocaine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offenses.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about March 26, 2025, in Knott County, in the Eastern District of Kentucky,

### JIMMY BLAKE HALL

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about July 13, 2026, in Magoffin County, in the Eastern District of Kentucky,

### JIMMY E. HALL,
### aka JIMBO, and
### FRANKIE L. HALL

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).



JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

W. SAMUEL DOTSON
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If prior felony drug offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years of supervised release.

**If responsible for 50 grams or more of a methamphetamine mixture:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**If prior serious drug felony:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000, and at least 8 years supervised release.

### COUNTS 2 and 3:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If prior felony drug offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years of supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.