Eastern District of Kentucky
**FILED**

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

CRIMINAL ACTION NO. _6:26-cr-094-SCM_

UNITED STATES OF AMERICA                               PLAINTIFF

V.                    **MOTION OF UNITED STATES
                      FOR ISSUANCE OF ARREST WARRANTS**

**JIMMY E. HALL,
     aka JIMBO,
FRANKIE L. HALL, and
JIMMY BLAKE HALL**                                    **DEFENDANTS**

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the

Defendants, **JIMMY E. HALL, aka JIMBO, FRANKIE L. HALL, and JIMMY BLAKE**

**HALL**, returnable forthwith.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, KY  40741
(606) 330-4827
william.s.dotson@usdoj.gov